PAUL ADLER and Others, Individually and as Copartners Doing Business under the Firm Name and Style of ADLER, COLEMAN & Co., GEORGE SIROTA and NATHAN A. ROSEN, Individually and as Copartners Doing Business under the Firm Name

and Style of SIROTA, ROSEN & Co., Appellants, v. BUSH TERMINAL COMPANY, JAMES C. VAN SICLEN and C. WALTER RANDALL, as Receivers in Equity of the BUSH TERMINAL COMPANY and as Trustees of the BUSH TERMINAL COMPANY, a Debtor, under Petition for Reorganization by Reason of Section 77B of the Bankruptcy Act, Respondents.— Order granting defendants' motion for a bill of particulars modified by striking therefrom items 6 to 10, inclusive, in the order and as so modified affirmed, so far as an appeal is taken therefrom, without costs. The plaintiffs have stated clearly in the complaint the causes of action. They are not required to state the particular facts concerning negligent acts of the defendants. There is no showing that such enumerated items are necessary for the defendants to prevent surprise on the trial or in preparation for trial; and it appears that the information and knowledge concerning the facts sought are to an extent practically exclusively within the possession of the defendants. The items allowed sufficiently apprise the defendants concerning the issues they are required to meet. The bill of particulars may be served within ten days from the entry of the order hereon. Hagarty, Davis, Johnston, Adel and Close, JJ., concur.